**L.B.F. 3007-1**

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re: Antoine Gardiner** | **Chapter 11** |
| **Debtor** | **Bky. No. 19-16478-elf** |

**NOTICE OF OBJECTION TO CLAIM AND HEARING DATE**

**Debtor has filed an objection to the proof of claim you filed in this bankruptcy case.**

**1.** **Your claim may be reduced, modified, or eliminated.** **You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult an attorney).**

**2.** **If you do not want the court to change or eliminate your claim, you or your lawyer must attend the hearing on the objection,** scheduled to be held on January 13, 2021, at 11:00 am., in Courtroom 1, United States Bankruptcy Court 900 Market Street, Philadelphia, PA 19107. If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

**3.** **If you intend to appear at the hearing** to contest the objection to your claim, **you must notify the person listed below at least 7 days before the hearing date.** If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

Date: <u>December 2, 2020</u>     LEE M. HERMAN, ESQUIRE
                                BY:    /s/ Lee M. Herman
                                LEE M. HERMAN, ESQUIRE
                                Attorney for Debtor
                                280 N. Providence Road, Suite 4
                                Media, PA  19063
                                T: 610-891-6500    F: 215-689-1930
                                E: lmh@lmhlaw.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re: Antoine Gardiner**                             **Chapter 11**
          **Debtor**                                          **Bky. No. 19-16478-elf**

## ORDER GRANTING DEBTOR'S FIRST OMNIBUS OBJECTION TO PROOF OF CLAIMS

Upon consideration of the Debtor's Omnibus Objection to Proof of Claims, any response, and after hearing and/or Certification of No Response, and good cause appearing, it is on this _____ day of _____, 2021

ORDERED that the following Claims are hereby STRICKEN.

| Claim | Claim # |
|---|---|
| Directtv, LLC | 6-1 |
| Deutsche Bank National Trust Co | 8-1 |
| Premier Bankcard, Llc | 9-1 |
| Premier Bankcard, Llc | 10-1 |
| HSBC Bank USA, National Assoc | 11-1 |
| HSBC Bank USA, National Assoc | 12-1 |
| JPMorgan Chase Bank, National Assoc | 13-1 |
| HSBC Bank USA, National Assoc | 14-1 |
| PYOD, LLC | 15-1 |
| Portfolio Recovery Assocaites, LLC | 16-1 |
| MTGLQ Investors, LP | 17-1 |
| Wells Fargo Bank, NA | 36-1 |

BY THE COURT:

_____
HON. ERIC L. FRANK
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re: Antoine Gardiner** | **Chapter 11** |
| **Debtor** | **Bky. No. 19-16478-elf** |

## DEBTOR'S FIRST OMNIBUS OBJECTION TO PROOF OF CLAIMS

Pursuant to Local Rule 3007-1 Debtor, through Counsel, objects to the Proof of Claim of the creditors listed in the attached Exhibit A, and in support says:

1. This is a voluntary Chapter 11 matter filed originally on October 15, 2019.

2. Attached as Exhibit A is a spreadsheet which outlines the basis for Debtor's challenge to each listed Proof of Claim.

3. For the reasons set forth in Exhibit A, each claim should be stricken or modified.

4. Each claim listed in Exhibit A is defective.

WHEREFORE Debtor respectfully requests that the Court strike or modify the claims set forth in Exhibit A and grant all other such relief as this Honorable Court deems just and proper.

Respectfully Submitted:

/s/ Lee M. Herman

Lee M. Herman, Esquire
Counsel for Debtor

Exhibit A - Debtor's First Omnibus Objection to Proof of Claims

In re: Antoine Gardiner 19-16478-elf

| Claim | Claim # | Date Filed | Secured | Unsecured | Total | Reason |
|---|---|---|---|---|---|---|
| Directtv, LLC | 6-1 | 11/20/2019 | | $124.41 | $124.41 | Inadequate documentation of claim; Proof signed by someone without any authority to file on behalf of creditor. |
| Deutsche Bank National Trust Co | 8-1 | 12/6/2019 | $148,716.32 | | $148,716.32 | The Proof of Claim is inaccurate; debtor has paid all pre-petition arrearage |
| Premier Bankcard, Llc | 9-1 | 12/10/2019 | | $236.42 | $236.42 | Inadequate documentation of claim; Proof signed by someone without any authority to file on behalf of creditor. |
| Premier Bankcard, Llc | 10-1 | 12/10/2019 | | $446.76 | $446.76 | Inadequate documentation of claim; Proof signed by someone without any authority to file on behalf of creditor. |
| HSBC Bank USA, National Assoc | 11-1 | 12/10/2019 | $124,487.24 | | $124,487.24 | The Proof of Claim is inaccurate; debtor has paid substantially all pre-petition arrearage |
| HSBC Bank USA, National Assoc | 12-1 | 12/12/2019 | $81,462.53 | | $81,462.53 | The Proof of Claim is inaccurate; debtor has paid substantially all pre-petition arrearage |
| JPMorgan Chase Bank, National Assoc | 13-1 | 12/16/2019 | $40,451.24 | | $40,451.24 | The Proof of Claim is inaccurate; debtor has paid substantially all pre-petition arrearage |
| HSBC Bank USA, National Assoc | 14-1 | 12/19/2019 | $115,095.90 | | $115,095.90 | The Proof of Claim is inaccurate; debtor has paid substantially all pre-petition arrearage |
| PYOD, LLC | 15-1 | 12/27/2019 | | $2,342.56 | $2,342.56 | Statute of Limitations has expired; Debt was incurred on 9/6/1996. There is no chain of title from Springleaf Financial Services, Inc. to PYOD, LLC |
| Portfolio Recovery Assocaites, LLC | 16-1 | 1/15/2020 | | $1,605.19 | $1,605.19 | Debtor was improperly served with the underlying Philadelphia Municipal Court Statement of Claim; Creditor did not set forth a basis for its standing to sue on behalf of the original creditor, Home Depot Credit Services/Citibank |
| MTGLQ Investors, LP | 17-1 | 1/16/2020 | $96,794.85 | | $96,794.85 | The Proof of Claim is inaccurate; debtor has paid all pre-petition arrearage |
| Wells Fargo | 36-1 | 11/16/2020 | $20,891.22 | | $20,891.22 | The Claim is Inaccurate; Debtor has returned all PPP funds it received. |